## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID B. GEORGE**                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:17-CV-00028 BSM**

**CONAGRA BRANDS INC., et al.**                              **DEFENDANTS**

### **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice and the parties will bear their own costs.

IT IS SO ORDERED this 2nd day of January 2019.

_____
UNITED STATES DISTRICT JUDGE